# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C - ADR Pilot**
**Filed: October 5, 2004**
**cc: Judge Firestone**

## O R D E R

An initial ADR status conference was held in the above cases on October 5, 2004. At that conference, the parties discussed the potential for continuing ADR, and both parties agreed that ADR might prove beneficial in these cases. The parties also discussed the potential for streamlining the ADR process in a number of similar cases filed with this court.

Therefore, the court **ORDERS** the parties to file, on or before **Tuesday, November 2, 2004**, a joint list of similar cases filed with this court. This list should address the forty-eight cases identified by the plaintiff as filed this year, and should categorize the cases in a manner which would provide the best method of ADR case management. The court also **ORDERS** a second ADR status conference to be held on **Monday, November 29, 2004 at 2:30 p.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Plaintiff's counsel has indicated that he will be in Washington, D.C. on November 29, 2004. Therefore, both parties shall appear in person. The courtroom will be posted on the day of the hearing. If plaintiff's counsel will not be in Washington, D.C. on that date, the parties shall notify the court and arrangements will be made to conduct the conference by telephone. Both parties should be prepared to discuss the possibility of resolving the above-captioned cases via alternative means.

The court commends the attorneys for their initiative and willingness to engage in a prompt assessment of the case as well as discussions. The undersigned remains available to assist the parties at any time and looks forward to an appropriate, cost-effective, and expeditious resolution of the above-captioned case. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**