# In the United States Court of Federal Claims

**No. 04-1320C**
**(Filed: October 18, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **WEAVERVILLE INVESTMENT GROUP (I),** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

Defendant's unopposed motion, filed October 8, 2004, for an enlargement of time to respond to plaintiff's complaint is **GRANTED**. Accordingly, defendant shall file its response by **November 19, 2004**.

Further, the caption in defendant's motion is deficient in that it lists Judge Block rather than Judge Firestone. Defendant is also directed to file a corrected motion.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge