# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **GRASS VALLEY INVESTMENT GROUP I,** <br><br> **Plaintiff,** <br><br> **DIAMOND SPRINGS INVESTMENT GROUP II,** <br><br> **Plaintiff,** <br><br> **WEAVERVILLE INVESTMENT GROUP I,** <br><br> **Plaintiff,** <br><br> **HOLLISTER INVESTMENT GROUP II,** <br><br> **Plaintiff,** <br><br> **RAMONA INVESTMENT GROUP II,** <br><br> **Plaintiff,** | **Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C - ADR Pilot** <br> **Filed: January 28, 2005** <br> **cc: Judge Bush, Judge Baskir, Judge Firestone** |

| | |
|---|---|
| **PIXLEY INVESTMENT GROUP** | * |
| **Plaintiff,** | * |
| **BRAWLEY I INVESTMENT GROUP,** | * |
| **Plaintiff,** | * |
| **BRAWLEY II INVESTMENT GROUP,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **UNITED STATES** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * *

**O R D E R**

On January 27, 2005, an ADR status conference was held in Grass Valley Investment Group I v. United States, Diamond Springs Investment Group II v. United States, and Weaverville Investment Group I v. United States. At that conference, the parties discussed the status of the ADR proceedings. The parties also discussed the potential for using the ADR model developed in those three lead cases for the forty-five other similar cases filed at about the same time by the same plaintiff's attorney (assigned to the same Department of Justice attorney) on or about the same filing date as Grass Valley Investment Group I v. United States, Diamond Springs Investment Group II v. United States, and Weaverville Investment Group I v. United States.

The court commends the parties for their hard work and the progress achieved in the three lead cases. As discussed with the parties, the court **ORDERS** the parties to file, on or before **Friday, February 11, 2005**, a joint status report detailing further progress on the three lead cases and outlining whether or not the parties believe ADR is appropriate in the balance of the above-captioned cases, which are assigned to this judge for ADR purposes, and other similar cases filed with this court. The joint status report should address the forty-five similar cases identified in the parties' Joint List of Similar Cases filed November 22, 2004, and should indicate whether or not it might be appropriate for each case to follow the ADR model being pioneered in Grass Valley Investment Group I v. United States, Diamond Springs Investment Group II v. United States, and Weaverville Investment Group I v. United States.

The court also **ORDERS** the parties to appear at an ADR status conference on **Wednesday, March 2, 2005 at 10:30 a.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (612) 305-4440 and defendant's counsel at (202) 305-7561. Both parties should be prepared to discuss the progress of ADR in the three lead cases, Grass Valley Investment Group I v. United States, Diamond Springs Investment Group II v. United States, and Weaverville Investment Group I v. United States, as well as the next steps in the ADR process for the remaining cases.

The defendant also should be prepared to discuss whether the government has appealed the decision in Franconia Associates, Inc. v. United States.

The undersigned remains available to assist the parties at any time and looks forward to an appropriate resolution of the above-captioned cases. A copy of this order is being provided to the presiding trial judges in the above captioned cases.

**IT IS SO ORDERED.**

**MARIAN BLANK HORN**
**ADR Judge**