**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

HOLLISTER INVESTMENT GROUP II, A CALIFORNIA LIMITED PARTNERSHIP,

Plaintiff,

RAMONA INVESTMENT GROUP II, A CALIFORNIA LIMITED PARTNERSHIP,

Plaintiff,

PIXLEY INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C –ADR Pilot

(Marian Blank Horn
ADR Judge)

**JOINT STATUS REPORT**

Pursuant to the Court's Order of January 31, 2005, the parties respectfully submit this Joint Status Report concerning Alternative Dispute Resolution ("ADR") proceedings in the first three of the above-captioned cases, and potential ADR proceedings in about 40 similar cases. A telephonic status conference is scheduled for Wednesday, March 2, 2005, at 2:30 p.m. EST.

Since the filing of their last joint status report, the parties have exchanged additional documents relating to the properties involved in the first three of the above-captioned cases, including plaintiffs' preliminary damages analysis for Grass Valley Investment Group I, and the agency's servicing files for Diamond Spring Investment Group II and Weaverville Investment Group I. The Government expects to produce the servicing file for Grass Valley Investment Group I within the next few days. The parties are in the process of reviewing these documents and identifying issues that may require clarification or further documentation.

The parties believe that the ADR process to date has been productive, and look forward to continuing their exchanges and discussions. As the parties progress further with ADR in the first three of the above-captioned cases, they will be better able to determine the extent to which the same process may be appropriate in the balance of the above-captioned cases and other similar cases filed with this Court. The process has been productive enough so far that the parties are considering seeking a stay of proceedings in the approximately 40 similar cases identified in the parties' Joint List of Similar Cases filed November 22, 2004, in order to permit the ADR process to go forward in these cases as well.

The parties also look forward to addressing these issues with the Court during the upcoming status conference.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
MARK J. BLANDO, Of Counsel
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-4444
Facsimile: (612) 305-4439

*Attorneys for Plaintiffs*

Dated: February 11, 2005

**Filed Electronically**
**With the consent of the Attorneys for Defendant**

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: February 11, 2005