**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GRASS VALLEY INVESTMENT GROUP I,<br><br>Plaintiff,<br><br>DIAMOND SPRINGS INVESTMENT GROUP II,<br><br>Plaintiff,<br><br>WEAVERVILLE INVESTMENT GROUP I,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 04-1284C, 04-1302C, 04-1320C – ADR Pilot<br><br>(Marian Blank Horn ADR Judge) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 2, 2005, the parties respectfully submit this Joint Status Report to inform the Court as to the status of the Alternative Dispute Resolution (“ADR”) process with respect to the three above-captioned cases. A telephonic status conference is scheduled for Wednesday, April 6, 2005 at 10:30 am EST.

The parties are pleased to report that they have continued to make good progress in their efforts to resolve these cases. Plaintiffs have now produced a preliminary damages analysis for all three of the properties at issue, together with various supporting documentation for each. Plaintiffs have also produced what they believe to be comparable rent information for all three properties in response to requests made by defendant. In addition, defendant has now produced the agency’s complete servicing file for each of the

three properties. Defendant has also provided to plaintiffs a written response to plaintiffs' damage analyses, setting forth its position on the assumptions and methodology applied by plaintiffs. Finally, the parties have engaged in several further discussions in an effort to resolve their differences regarding the appropriate measure of damages for each property and work toward an amicable resolution of these claims.[1]

Thus, while the parties have not yet reached the point of negotiating specific damage figures for each property, they believe that they are very close to doing so. Both parties plan to continue to evaluate additional information recently provided by the opposing party and expect to produce additional documentation to one another toward the goal of being in a position to discuss actual damage amounts in the near future. Thus, the parties plan to conclude their exchanges of information and begin negotiating damage figures within the next few weeks. The parties will then determine whether it would be helpful to engage the Court's assistance in the negotiation process.

In summary, the parties continue to be pleased with their progress in the ADR process and look forward to finalizing their efforts with respect to the first three properties in the near future. The parties also look forward to discussing their efforts with the Court at the upcoming status conference.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

---

[1] The parties are also in the process of completing the updated joint list of similar cases requested in the Court's Order of March 2, 2005. The parties will submit the updated list prior to the status conference scheduled for April 6, 2005 through a separate joint status report.

DAVID M. COHEN
Director

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
MARK J. BLANDO, Of Counsel
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-4444
Facsimile: (612) 305-4439

*Attorneys for Plaintiffs*

Dated: April 1, 2005

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: April 1, 2005