**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Grass Valley Investment Group I,

Plaintiff,

Diamond Springs Investment Group II,

Plaintiff,

Weaverville Investment Group I,

Plaintiff,

Hollister Investment Group II,

Plaintiff,

Ramona Investment Group II,

Plaintiff,

Pixley Investment Group,

Plaintiff,

Brawley I Investment Group,

Plaintiff,

Brawley II Investment Group,

Plaintiff,

v.

United States,

Defendant.

**Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C – ADR Pilot**
**(Judge Marian Blank Horn)**

**JOINT STATUS REPORT**

Pursuant to the Court's Order of November 14, 2005, the parties respectfully submit this joint status report concerning their continuing settlement efforts.

The parties continue to engage in substantive settlement negotiations, the aim of which is to arrive at an approach by which many, and potentially all, of the currently pending FmHA Section 515 cases can be settled. Significant progress has been made over the last several months toward a damages model through which the settlement value of each claimant's case can be calculated. This model requires the entry of multiple values concerning various parameters. For settlement purposes only, the parties have now reached tentative agreement on values for all but one parameter in this settlement damages model. The remaining parameter, market rent, is a critical driver for the damages calculation.

After making some progress toward an agreement concerning market rent, counsel for the parties have concluded that the exploration of alternative methods of determining market rent may be necessary in order to make further progress. Counsel for the parties met on December 16, 2005, and discussed at length several alternatives that may enable the parties to bridge the present gap between their respective positions concerning market rent.

The parties believe that an in person conference with the ADR Judge would be helpful at this point. Based upon the Court's November 14, 2005 Order, the parties understand that such a conference will be held on January 18, 2006. The parties propose to utilize this conference as a vehicle to present the Court with a more detailed account of their efforts to resolve the market rent issue. The parties may wish to present information and/or argument concerning their respective views, in order to obtain the benefit of the Court's assessment of the strengths and weaknesses of each side's position. To that end, the parties propose to submit a joint written

statement to chambers, on January 11, 2006, indicating more specifically the information that the parties wish to present at the conference and the manner in which they intend to proceed.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
Eckland & Blando LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

*Attorneys for Plaintiffs*

Dated: December 19, 2005

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: December 19, 2005