# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **GRASS VALLEY INVESTMENT GROUP I,** | * | |
| **Plaintiff,** | * | |
| **DIAMOND SPRINGS INVESTMENT GROUP II,** | * | |
| **Plaintiff,** | * | |
| **WEAVERVILLE INVESTMENT GROUP I,** | * | |
| **Plaintiff,** | * | |
| **HOLLISTER INVESTMENT GROUP II,** | * | |
| **Plaintiff,** | * | **Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C ADR Pilot** |
| **RAMONA INVESTMENT GROUP II,** | * | |
| **Plaintiff,** | * | |
| **PIXLEY INVESTMENT GROUP,** | * | **Filed: May 30, 2006** |
| **Plaintiff,** | * | |
| **BRAWLEY I INVESTMENT GROUP,** | * | |
| **Plaintiff,** | * | |
| **BRAWLEY II INVESTMENT GROUP,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * *

## O R D E R

As discussed and agreed to by the parties, a brief ADR conference is scheduled for **Wednesday, June 7, 2006 at 2:30 p.m.** Counsel for both parties may appear by telephone. Unless otherwise directed, the court will contact plaintiff's counsel at (612) 236-0160 and defendant's counsel at (202) 305-7561. A copy of this order is being provided to the presiding trial judges in the above-captioned lead ADR cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR JUDGE**