# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**RAMONA INVESTMENT GROUP II,**

**Plaintiff,**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C**
**ADR Pilot Program**

**Filed: December 8, 2006**

## O R D E R

An ADR Conference was held in the above-captioned cases on December 8, 2006. At the conference, the parties discussed the remaining issues to be resolved and the schedule within which the parties would seek a resolution in the above-captioned and other related cases.

To discuss the parties' further progress, the court **SCHEDULES** a follow-up ADR Conference, with all those who appeared at the December 8, 2006 conference, for **Tuesday, January 9, 2007, at 2:30 p.m. EST**. Unless otherwise informed, the court will contact plaintiffs' counsel at (612) 766-1895, and Department of Justice and agency counsel at (202) 616-8275. On or before **Monday, January 8, 2007, at 12:00 p.m. EST**, the attorneys of record shall inform chambers personnel at (202) 357-6580 of the addition

or deletion of participants, or any change in telephone numbers for the January 9, 2007 ADR Conference. In preparation for the January 9, 2007 status conference, on or before **Friday, January 5, 2007**, defendant shall file an individual status report addressing the progress of settlement efforts. The court remains available to confer with the parties at any time prior to the conference. This order is being provided to the presiding trial judges in the above-captioned lead ADR cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**