# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * 

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

HOLLISTER INVESTMENT GROUP II,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * 

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1315C, 04-1287C, 04-1305C**
**ADR Pilot Program**

**Filed: March 20, 2007**

## O R D E R

An ADR Status Conference was held in the above-captioned cases on March 20, 2007, with the parties appearing by telephone. At the conference, the parties discussed the current status of the on-going settlement initiative. Plaintiffs' counsel noted the waning patience and frustration of many clients with the passage of time since the hard fought and extensive negotiations resulted in the offer made to the Department of Justice regarding settlement. The plaintiffs expressed hope that a response from the Department of Justice

will be forthcoming very shortly.

The court **SCHEDULES** the next ADR Conference for **Friday, March 30, 2007, at 3:00 p.m. EDT**. Unless otherwise informed, the court will contact plaintiffs' counsel Eckland and Blando at (612) 236-0169; plaintiffs' counsel Snider and Roberts at (612) 766-7816; and defendant's counsel Brilliant, Kessler and Anderson at (202) 616-8275. On or before **Thursday, March 29, 2007, at 12:00 p.m. EDT**, the attorneys of record shall inform chambers personnel, at (202) 357-6580, of the addition or deletion of participants, or any change in telephone numbers for the March 30, 2007 ADR Conference. In the event that no settlement has been reached on or before the next settlement conference, the parties should be prepared to discuss what can be done to assist in the final resolution of the cases, or whether an ADR session with senior representatives from all parties should be scheduled. The undersigned remains available to confer with the parties at any time prior to the conference. This order is being provided to the presiding trial judges in the above-captioned lead ADR cases, and may similarly be provided to any interested plaintiffs or Department of Justice and Department of Agriculture personnel.

**IT IS SO ORDERED.**

s/Marian Blank Horn

**MARIAN BLANK HORN**

**ADR Judge**