# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1315C, 04-1287C, 04-1305C**

**Filed: April 23, 2007**

## O R D E R

The court held an ADR Conference in the above-captioned cases, with the parties appearing by telephone. The court commended the parties once again for their successful settlement efforts, which embraces 283 FmHA cases filed at the United States Court of Federal Claims. The successful completion of this complex settlement negotiation was possible because of the outstanding contributions made by each of the attorneys and support personnel representing the plaintiff and the defendant and the agency personnel

involved. In particular, the core group of negotiators and fact finders, including Shalom Brilliant (DOJ), Kenneth Kessler (DOJ), Alicia Peden (USDA), Larry Anderson (USDA), Jeff Eckland (for the plaintiffs), Mark Blando (for the plaintiffs), Jerry Snider (for the plaintiffs), and Bill Roberts (for the plaintiffs), are to be commended for their professionalism and dedication. It has been my privilege to work with each of you.

At the ADR Conference, the parties identified various steps necessary to implement the settlement agreement. As discussed at the ADR Conference, the parties shall file monthly Joint Status Reports, reflecting the steps completed, the steps remaining, in some detail, and with a time line for the latter. The first Joint Status Report is due on or before **Friday, May 11, 2007**, the next one is due on or before **Monday, June 11, 2007**, and monthly thereafter. The parties may call chambers at (202) 357-6580 for assistance at any time, and also may request a conference with the undersigned at any time.

Once the parties are ready to file joint stipulations of dismissal, a list of plaintiffs whose cases are being dismissed pursuant to the settlement agreement may be attached as an appendix to the joint stipulation of dismissal. If some plaintiffs' cases are ready for dismissal sooner than others, the parties may file a joint stipulation of dismissal as to those plaintiffs, rather than requiring such plaintiffs to wait until all of the cases are ready for dismissal. See RCFC 54(b).

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**