**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

THE UNITED STATES

Defendant.

Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1315C, 04-1287C, 04-1305C

ADR Pilot Program
(Judge Marian Blank Horn)

---

**JOINT STATUS REPORT**

The parties respectfully submit the following Joint Status Report pursuant to the Court's Order of April 23, 2007.

As previously reported, the Section 515 Litigation Settlement Agreement was fully executed effective May 21, 2007, following which the parties entered the implementation phase of the settlement process. The parties have continued to confer regularly to address various procedural issues related to the implementation process as they arise. Thus far, the parties are pleased with the progress of the settlement implementation, and continue to expect the process to be completed by the first quarter of 2008 in accordance with the terms of the Agreement.

To this end, the appraisers from the Cushman and Wakefield firm have completed an initial group of property site inspections and have begun issuing the Market Rent Studies required by the Agreement for those properties. The parties are now reviewing those studies and are in the process of providing feedback to the firm. Cushman and Wakefield has also scheduled more than two hundred additional site inspections to occur across the country through the end of August 2007. In addition, the initial payment under the Agreement is due on August 21, 2007.

The parties have conferred regarding the filing of this document, and counsel for defendant has authorized counsel for plaintiffs to represent that defendant concurs in the contents of this Joint Status Report and all of the representations set forth therein.

Dated: July 11, 2007

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*