**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

THE UNITED STATES

Defendant.

Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1315C, 04-1287C, 04-1305C

ADR Pilot Program
(Judge Marian Blank Horn)

---

**JOINT STATUS REPORT**

The parties respectfully submit the following Joint Status Report pursuant to the Court's Order of April 23, 2007.

As previously reported, the Section 515 Litigation Settlement Agreement was fully executed effective May 21, 2007, following which the parties entered the implementation phase

of the settlement process. The parties have continued to confer regularly to address various procedural issues related to the implementation process as they arise.

The appraisers from the Cushman & Wakefield firm have now scheduled site visits for nearly all of the properties in the settlement and have completed the site visits for approximately eighty-five percent of the properties. The parties have also continued to hold regular conferences with Cushman & Wakefield representatives on various issues throughout the settlement implementation process. The parties expect that all of the site visits will be completed by the end of October 2007 and all of the Market Rent Studies required by the Agreement will be issued by the end of November 2007. Pursuant to the Settlement Agreement, the parties are in the process of reviewing the studies for accuracy on a rolling basis.

The parties have also filed a total of 53 joint stipulations of dismissal, 34 with prejudice, and 19 without prejudice. At this time, 36 of those dismissals have been granted and the party is awaiting action on the remaining 17.

In sum, the parties are pleased with the progress of the settlement implementation to date, and continue to expect the process to be completed by the first quarter of 2008 in accordance with the terms of the Agreement.

The parties have conferred regarding the filing of this document, and counsel for defendant has authorized counsel for plaintiffs to represent that defendant concurs in the contents of this Joint Status Report and all of the representations set forth therein.

Dated: October 11, 2007

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179
Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*