**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

THE UNITED STATES

Defendant.

Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1315C, 04-1287C, 04-1305C

ADR Pilot Program
(Judge Marian Blank Horn)

**JOINT STATUS REPORT**

The parties respectfully submit the following Joint Status Report pursuant to the Court's Order of April 23, 2007.

As previously reported, the Section 515 Litigation Settlement Agreement was fully executed effective May 21, 2007, following which the parties entered the implementation phase

of the settlement process. The parties continue to confer with one another on a frequent basis to address various issues related to the implementation process as they arise.

The appraisers from the Cushman & Wakefield firm have completed site visits for nearly all of the properties in the settlement. The firm has also issued more than three hundred Market Rent Studies as required by the Agreement and has advised the parties that it expects to complete most of the remaining studies by the end of the year. The parties continue to review the studies for accuracy on a rolling basis, and have held regular conferences with Cushman & Wakefield representatives on various issues throughout the settlement implementation process. Finally, the parties continue to make progress in reaching final market rent conclusions and calculating damages for each property. As part of that effort, the parties are in the process of exchanging information necessary for the computation of damages for individual properties.

In sum, the parties are pleased with the progress of the settlement implementation to date, and continue to expect the process to be completed by the first quarter of 2008 in accordance with the terms of the Agreement.

The parties have conferred regarding the filing of this document, and counsel for defendant has authorized counsel for plaintiffs to represent that defendant concurs in the contents of this Joint Status Report and all of the representations set forth therein.

Dated: December 11, 2007

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179
Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*